CORNELIA SEYMOUR, Respondent, *v.* WALTER H. WARREN et al., Appellants.

*Seymour* v. *Warren*, 114 App. Div. 813, affirmed.
(Argued October 29, 1907; decided November 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

July 24, 1906, which reversed a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial and granted a new trial in an action to recover for an alleged breach of contract.

*James J. Allen* for appellants.

*Edmund L. Mooney* and *Frederick A. Card* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, WERNER and CHASE, JJ. Not sitting: WILLARD BARTLETT, J. Absent: VANN, J.